GRANTED

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**Dated: Mar 18, 2011**



A. Bruce Jones
District Court Judge

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Mar 18 2011  3:02PM MDT
Filing ID: 36568338
Review Clerk: R Brandy Wilkins

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, STATE OF COLORADO<br><br>Denver City & County Building<br>1437 Bannock Street, Room 256<br>Denver, Colorado 80202<br><br>**Plaintiff:**<br><br>**THE WEITZ COMPANY, LLC**<br><br>v.<br><br>**Defendants:**<br><br>**OHIO CASUALTY INSURANCE COMPANY; MOUNTAIN STATES CASUALTY COMPANY; and WESTERN HERITAGE INSURANCE COMPANY** | ▲ COURT USE ONLY ▲<br><br>Case Number: **11 CV 910**<br><br>Courtroom:<br><br>Division: 414 |

### ORDER REGARDING DEFENDANT WESTERN HERITAGE INSURANCE COMPANY'S UNOPPOSED MOTION FOR AN ENLARGMENT OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

**THIS MATTER**, having come before the Court upon Defendant Western Heritage Insurance Company's Unopposed Motion for an Enlargement of Time to File Answer or Otherwise Respond to Plaintiff's Complaint and Jury Demand, and the Court having reviewed the same and being fully advised in the premises,

**IT IS HEREBY ORDERED** that the aforementioned Motion is granted. Defendant Western Heritage Insurance Company is given an enlargement of time up to and including April 6, 2011, to file an Answer to or otherwise respond to Plaintiff's Complaint and Jury Demand.

**DATED** this _____ day of _____, 2011.

BY THE COURT:

_____
District Court Judge

00501584.DOC

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Denver County District Court 2nd JD

**Current Date:** Mar 18, 2011

**Case Number:** 2011CV910

**Case Name:** WEITZ CO LLC vs. OHIO CASUALTY INS CO et al

/s/ **Judge Bruce Jones**