**GRANTED** Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.
**Dated: Mar 18, 2011**



A. Bruce Jones
District Court Judge

DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY<br>STATE OF COLORADO<br>1437 Bannock Street<br>Denver, CO 80202<br><br>**Plaintiff:** THE WEITZ COMPANY, LLC.<br><br>v.<br><br>**Defendants:** OHIO CASUALTY INSURANCE COMPANY; MOUNTAIN STATES MUTUAL CASUALTY COMPANY; and WESTERN HERITAGE INSURANCE COMPANY | ▲ COURT USE ONLY ▲<br>_____<br><br>Case Number: 2011CV910<br><br>Division: 414 |

### ORDER REGARDING DEFENDANT MOUNTAIN STATES MUTUAL CASUALTY COMPANY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME PURSUANT TO C.R.C.P. 6 TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

This matter, having come before the Court on Defendant Mountain States Mutual Casualty Company's Unopposed Motion for Enlargement of Time to File Responsive Pleading Pursuant to C.R.C.P. 6 to Plaintiff's Complaint and Jury Demand and the Court being fully informed of the premises thereof, does **HEREBY GRANT** the Motion for Enlargement of Time. Defendant Mountain States Mutual Casualty Company has through and including April 5, 2011, within which to answer or otherwise respond to the Complaint and Jury Demand.

Dated this _____ day of _____, 2011.

By the Court:

_____