IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-00694-REB-BNB | Date: June 21, 2011 |
| Courtroom Deputy: Nick Richards | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| THE WEITZ COMPANY, LLC, | Spencer L. Sears |
| | Patrick James Casey, II |
| Plaintiffs, | |
| v. | |
| OHIO CASUALTY INSURANCE COMPANY, | Joshua Fredrick Bugos |
| MOUNTAIN STATES MUTUAL CASUALTY | Jessica Clark Collier |
| COMPANY, and | |
| WESTERN HERITAGE INSURANCE COMPANY, | Joel A. Palmer |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in session:     9:58 a.m.

Appearances of counsel.

Court's opening remarks.  Motion Hearing called in regards to Defendant's Motion to Disqualify Counsel for Plaintiff [Doc. # 29, filed May 20, 2011].

Argument presented.

**ORDERED:   Defendant's Motion to Disqualify Counsel for Plaintiff [29] is TAKEN UNDER ADVISEMENT.  The Court shall issue a written order on the matter.**

Court in Recess     11:07 a.m.     Hearing concluded.     Total time in Court: 1:09

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.