IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00694-REB-BNB

THE WEITZ COMPANY, LLC,

Plaintiff,

v.

OHIO CASUALTY INSURANCE COMPANY,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY, and
WESTERN HERITAGE INSURANCE COMPANY,

Defendants.

_____

## ORDER
_____

This matter arises on the **Motion to Compel Joinder Pursuant to Fed. R. Civ. P. 19** [Doc. # 33, filed 6/10/2011] (the "Motion" filed by Mountain States Mutual Insurance Company. I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion [Doc. # 33] is DENIED.

Dated June 30, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge