**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00694-REB-BNB

THE WEITZ COMPANY, LLC,

    Plaintiff,

v.

OHIO CASUALTY INSURANCE COMPANY,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY, and
WESTERN HERITAGE INSURANCE COMPANY,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANT
WESTERN HERITAGE INSURANCE COMPANY, ONLY**

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal of Plaintiff's Claims Against Western Heritage Insurance Company** [#68][1] filed December 20, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiff's claims against defendant, Western Heritage Insurance Company, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal of Plaintiff's Claims Against Western Heritage Insurance Company** [#68] filed December 20, 2011, is **APPROVED**;

    2. That plaintiff's claims against defendant, Western Heritage Insurance

---

[1] "[#68]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Company, are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

    3. That defendant, Western Heritage Insurance Company, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

    Dated December 21, 2011, at Denver, Colorado.

                              **BY THE COURT:**

                              *Bob Blackburn*
                              Robert E. Blackburn
                              United States District Judge