**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00694-REB-BNB

THE WEITZ COMPANY, LLC,

    Plaintiff,

v.

OHIO CASUALTY INSURANCE COMPANY, and
MOUNTAIN STATES MUTUAL CASUALTY COMPANY,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Status Report Regarding Remaining Claims** [#73][1] filed January 4, 2012. After reviewing the status report and the file, I conclude that all claims asserted in this action have been resolved and that the request of the plaintiff to vacate the trial setting of March 26, 2012, should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the plaintiff's request to vacate the trial setting of March 26, 2012, contained in the **Status Report Regarding Remaining Claims** [#73] filed January 4, 2012, is **GRANTED**;

    2. That the Trial Preparation Conference set for March 9, 2012, is **VACATED**;

    3. That the jury trial set to commence March 26, 2012, is **VACATED**; and

---

[1] "[#73]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That this case is **CLOSED**.

Dated January 4, 2012, at Denver, Colorado.

                                        **BY THE COURT:**

Robert E. Blackburn
United States District Judge